July 25, 2017



# JUDGMENT

# The Fourteenth Court of Appeals

HMR FUNDING, LLC, Appellant

NO. 14-17-00474-CV                    V.

MELFORD ANKRUM AND BEST TRANSPORTATION SERVICES, INC.,
Appellees

_____

Today the Court heard appellees' motion to dismiss the appeal from the order signed by the court below on June 13, 2017. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, HMR Funding, LLC.

We further order this decision certified below for observance.